FILED

AUG - 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN JAMES SHELTON,<br><br>Defendant. | Case No. CR-14-110-BLG-SPW<br><br>ORDER ALLOWING FILING OF<br>DOCUMENT UNDER SEAL |

UPON the Defendant's Motion to File Document Under Seal (Doc. 66), and for good cause appearing,

IT IS HEREBY ORDERED that the Psychological Evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 1st day of August, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1